1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research & Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   ROGELIO RUIZ-MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S. 12-320-JAM |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE; EXCLUDING TIME** |
| ROGELIO RUIZ-MEJIA, ) | Date: November 27, 2012 |
| Defendant. ) | Time: 9:45 a.m. |
|  ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Research & Writing Attorney, attorney for ROGELIO RUIZ-MEJIA, that the status conference hearing date of November 13, 2012, be vacated, and the matter be set for status conference on November 27, 2012, at 9:45 a.m.

The reason for this continuance is that defense counsel will be in trial the week of November 5, 2012.  Mr. Ruiz-Mejia has received and signed a fast-track plea agreement and anticipates entering a guilty plea at the next court date, but the parties have not yet received a pre-plea fast-track PSR.  Once defense counsels obtains the pre-plea PSR, she must arrange for a Spanish interpreter and travel to Butte County Jail to

provide it to Mr. Ruiz-Mejia and discuss it with him prior to his change of plea.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 27, 2012 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: November 1, 2012　　　　　Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Research & Writing Attorney
Designated Counsel for Service
Attorney for ROGELIO RUIZ-MEJIA

DATED: November 1, 2012　　　　　BENJAMIN B. WAGNER
United States Attorney

/s/ Rachelle Barbour for
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 13, 2012 status conference hearing be continued to November 27, 2012, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the

2

best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the November 27, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 11/1/2012

/s/ John A. Mendez

U. S. District Court Judge